IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.

SEALED SUPERSEDING
INDICTMENT
Case Number 5:05cr44/RS

PANHANDLE TRADING, INC.,
PANHANDLE SEAFOOD, INC.,
DANNY D. NGUYEN,
AN GIANG AGRICULTURAL AND FOOD IMPORT EXPORT COMPANY,
  a/k/a AFIEX SEAFOOD INDUSTRY,
  a/k/a A. SEAFOOD INDUSTRY,
BUU HUY,
  a/k/a HUY BUU,
MEKONGFISH COMPANY,
  a/k/a MEKONIMEX,
  a/k/a MEKONGFISH,
CANTHO ANIMAL FISHERY PRODUCTS PROCESSING EXPORT
ENTERPRISE,
  a/k/a CAFATEX,
and
DUYEN HAI FOODSTUFFS PROCESSING FACTORY,
  a/k/a COSEAFEX

Returned in open court pursuant to Rule 6(f)

Date 1-18-06

United States Magistrate Judge

THE GRAND JURY CHARGES:

COUNT ONE

A. The Defendants

1.    **PANHANDLE TRADING, INC. (PTI),** was located at 3014 East 1st

Court, Panama City, Florida 32401.  **PTI** was incorporated in the state of Florida on or

about September 3, 2003.  **DANNY D. NGUYEN** served as vice president.  **PTI**

imported fish and sold the fish to **PANHANDLE SEAFOOD, INC.** for commercial

distribution.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

06 JAN 18  PH 4: 39

FILED

2.    **PANHANDLE SEAFOOD, INC. (PSI)**, was located at 3014 East 1st Court, Panama City, Florida 32401.  **PSI** was incorporated in the state of Florida on or about May 25, 2001.  **DANNY D. NGUYEN** served as vice president.  For the purpose of this indictment, **PSI** would acquire frozen fish fillets either from Vietnamese exporters or from **PTI** and market the product in the commercial fish market in the United States (U.S.) and Canada.

3.    **DANNY D. NGUYEN** managed **PSI/PTI** and was responsible for the day to day operations of **PTI** and **PSI**.  **NGUYEN** ordered shipments of seafood products from the Socialist Republic of Vietnam (Vietnam) and regularly communicated with the various fish suppliers in Vietnam concerning orders for seafood imports.  **NGUYEN** also arranged for the seafood suppliers from Vietnam to fraudulently label catfish which was imported by **PTI** into the U.S. from Vietnam as grouper, bass or channa.

4.    **AN GIANG AGRICULTURAL AND FOOD IMPORT EXPORT COMPANY, a/k/a AFIEX SEAFOOD INDUSTRY, a/k/a A. SEAFOOD INDUSTRY (AFIEX)**, was located at 91 National Road, Chau Phu District, Angiang Province, Vietnam.  **AFIEX** was a seafood supplier located in Vietnam who exported seafood to **PSI**.

5.    **BUU HUY, a/k/a HUY BUU**, was a sales representative for **AFIEX**.  **HUY** arranged for **AFIEX** to fraudulently label catfish which was imported by **PSI** into the U.S. from Vietnam as grouper, bass or channa.

2

6.    **MEKONGFISH COMPANY, a/k/a MEKONGFISH, a/k/a MEKONIMEX (MEKONGFISH),** was located at the Tra Noc Industrial Zone, Can Tho City, Vietnam.  **MEKONGFISH** was a seafood supplier located in Vietnam who exported seafood to **PSI/PTI.**

7.    **CANTHO ANIMAL FISHERY PRODUCTS PROCESSING EXPORT ENTERPRISE (CAFATEX),** was located at Km 2981 Nation Road, No. 1, Chau Thanh District, Can Tho City, Vietnam.  **CAFATEX** was a seafood supplier located in Vietnam who exported seafood to **PSI/PTI.**

8.    **DUYEN HAI FOODSTUFFS PROCESSING FACTORY (COSEAFEX),** was located at Long Toan Village, Duyen Hai District, Tra Vinh Province, Vietnam.  **COSEAFEX** was a seafood supplier located in Vietnam who exported seafood to **PSI/PTI.**

### B.  The Fish

1.    Basa or tra is a species of Vietnamese catfish whose Latin name is *pangasius bocourti*.  According to the Food and  Drug Administration (FDA) official seafood list, the acceptable market names for *pangasius bocourti* are basa, basa catfish, bocourti, bocourti fish or bocourti catfish.

2.    Swai or sutchi catfish (sutchi catfish) is a species of Vietnamese catfish whose Latin name is *pangasius hypophthalmus* or *pangasius pangasius*.  According to the FDA official seafood list, the acceptable market names for *pangasius hypophthalmus* are swai, sutchi catfish or striped catfish.

3. Snakehead or channa is an elongated, torpedo - shaped fish. The Latin names for snakehead are *channa argus* (northern snakehead), *channa striata* (chevron snakehead) or *channa micropeltes*. A common Vietnamese name for snakehead/channa is Ca Loc Bong. According to the FDA official seafood list, the acceptable market name is snakehead.

### C. Imports and Anti-Dumping

1. Anti-dumping duties are intended to help U.S. companies compete with foreign industry and to counter international price discrimination that results in injury to U.S. industries from dumping. Dumping occurs when a foreign firm sells merchandise in the U.S. market at a price lower than the price it charges for a comparable product sold in its home market.

2. The difference between a company's U.S. sales price and the comparison fair market or normal value is called the dumping margin, often expressed as a percentage of the U.S. sales price.

3. An anti-dumping (AD) duty order is a formal determination issued by the U.S. Department of Commerce (Commerce) that duties should be collected on imports of a particular product from a particular country.

4. On June 28, 2002, a petition was filed alleging that imports of certain frozen fish fillets from Vietnam were being sold in the U.S. at less than fair market value. On July 18, 2002, Commerce initiated an investigation of the allegations contained in the petition.

5.    On August 7, 2003, a final anti-dumping order was issued, effective January 31, 2003.  The anti-dumping duty order, case number A-552-801, imposed a duty on the imports of certain frozen fish fillets from Vietnam which entered or were withdrawn from a warehouse for consumption on or after January 31, 2003.

6.    The products covered by the anti-dumping duty order, case number A-552-801, were frozen fish fillets of the species *pangasius bocourti* (also known as basa), *pangasius hypophthalmus* (also known as *pangasius pangasius* and swai or sutchi catfish).  In the U.S., these species are commonly known as Vietnamese catfish.

7.    At the times relevant to this indictment, the rates of the duty were 45.55% for imports from **AFIEX**, 45.55% for imports from **CAFATEX**, 45.55% for imports from **MEKONGFISH**, and 63.88% for imports from other exporters not specifically identified, which would include **COSEAFEX**.

8.    **PSI**  was the Customs importer of record from the year 2002 until October 15, 2003, for the shipments described in this indictment.  **PTI**  became the Customs importer of record as of October 15, 2003, for the shipments described in this indictment. As of October 2003, **PSI** would acquire the frozen catfish fillets from **PTI** and market the product in the U.S. and Canada.  **PSI** would sell the frozen catfish fillets on the commercial market.

9.    The importer of record is the individual or entity liable for duties, taxes, and fees on merchandise imported into the U.S.  The importer would use a customs broker to facilitate entry of the imported product into the U.S.  The customs broker would

5

rely upon information contained on the invoice, packing list, transportation entry and manifest which accompanied the product which was to be imported. The customs broker would use the information contained on the invoice, packing list and/or transportation entry and manifest to create an entry summary and to determine what duties and tariff's were due and owing on the product.

10. The customs broker would then pay, on behalf of the importer, any duties, taxes, fees and tariffs due and owing on the imported product, and the product would then be released to the importer from Customs. On occasion, the importer would acquire a bond from an insurance company to cover the duties, taxes, fees and tariffs which were due. The duties, taxes, fees and tariffs would be applied to the bond.

11. In the calendar year 2002, **PSI** imported over 200,000 pounds of sutchi catfish (swai) and almost 150,000 pounds of what was claimed to be grouper. In the calendar year 2003, **PSI/PTI** imported less than 50,000 pounds of sutchi catfish (swai), approximately 350,000 pounds of what was claimed to be grouper, and over 900,000 pounds of what was claimed to be basa. In the calendar year 2004, **PTI** imported less than 50,000 pounds of what was claimed to be basa, over 200,000 pounds of what was claimed to be grouper, and over 550,000 pounds of what was claimed to be channa. In the calendar year 2005 to date, **PTI** imported approximately 100,000 pounds of what was claimed to be basa, 100,000 pounds of what was claimed to be grouper, and over 50,000 pounds of what was claimed to be channa.

12.     Channa, bass and grouper are not subject to anti-dumping duties. Anti-dumping duties for basa and sutchi catfish (swai) were enacted effective January 31, 2003, although Commerce and Customs initially determined critical circumstances might have existed, resulting in the imposition of duties in 2002. The decision to impose duties in 2002 was reversed, and duties were only imposed for post January 31, 2003, imports.

### D. The Lacey Act

1.     The Lacey Act Amendments of 1981, Title 16, United States Code, Section 3371 et. seq., (hereinafter "the Lacey Act"), make it an offense for an individual or organization to knowingly make or submit any false record, account, or label for, or any false identification of, any fish which has been, or is intended to be, transported in interstate or foreign commerce and imported into the U.S. or exported from the U.S. Title 16, United States Code, Sections 3372(d)(1), 3373(d)(3)(A)(i).

2.     The Lacey Act further makes it an offense for an individual or organization to knowingly engage in conduct involving the sale and purchase, offer of sale and purchase, and intent to sell and purchase fish with a market value greater than $350, and knowingly make or submit any false record, account, or label for, or any false identification of, such fish that has been or is intended to be transported in interstate commerce. Title 16, United States Code, Sections 3372(d)(2), 3373(d)(3)(A)(ii).

3.     The term "import" for purposes of the Lacey Act means to land on, bring into or introduce into any place subject to the jurisdiction of the United States, whether or not such landing, bringing, or introduction constitutes an importation within the meaning

7

of the customs laws of the United States. Title 16, United States Code, Section 3371(b).

4. The term "fish or wildlife" includes any fish, whether alive or dead, whether or not bred, hatched, or born in captivity, and includes any part, product, egg, or offspring thereof. Title 16, United States Code, Section 3371(a).

### E. The Charge

Beginning in May 2002, and continuing through the date of the return of this Indictment, in the Northern District of Florida and elsewhere, the defendants,

**PANHANDLE TRADING, INC.,**
**PANHANDLE SEAFOOD, INC.,**
**DANNY D. NGUYEN,**
**AN GIANG AGRICULTURAL AND FOOD IMPORT EXPORT COMPANY,**
**a/k/a AFIEX SEAFOOD INDUSTRY,**
**a/k/a A. SEAFOOD INDUSTRY,**
**BUU HUY,**
**a/k/a HUY BUU,**
**MEKONGFISH COMPANY,**
**a/k/a MEKONIMEX,**
**a/k/a MEKONGFISH,**
**CANTHO ANIMAL FISHERY PRODUCTS PROCESSING EXPORT**
**ENTERPRISE,**
**a/k/a CAFATEX,**
**and**
**DUYEN HAI FOODSTUFFS PROCESSING FACTORY,**
**a/k/a COSEAFEX,**

did knowingly, willfully, and unlawfully combine, conspire, confederate and agree with each other and with others both known and unknown to the grand jury, to commit offenses against the laws of the United States, namely:

8

### F. Objectives of Conspiracy

(a)    To knowingly and willfully smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce, into the United States merchandise, that is sutchi catfish, aka swai, aka *pangasius hypophthalamus,* and other species of catfish, that should have been invoiced as required under customs laws and regulations, with the intent to defraud the United States, specifically with the intent to avoid paying anti-dumping duties required for said catfish pursuant to the anti-dumping order in case number A-552-801, and passing and attempting to pass through the customhouse false invoices and documents, including bills of lading, certificates of origin, and Customs entry summaries declaring the merchandise to be grouper, bass or channa, when in truth and in fact the merchandise was catfish, in violation of Title 18, United States Code, Section 545.

(b)    To knowingly and willfully enter and introduce, and attempt to enter and introduce, into the commerce of the United States, imported merchandise, that is, sutchi catfish, by means of false statements and by means of false and fraudulent invoices, declarations, affidavits and certain other papers, that is, Customs entry summaries, said statements, invoices, declarations, affidavits and paper being hereinafter described by "Entry Number" and "Date of Entry," which said documents were false and fraudulent in that they did not truthfully identify the merchandise which was being imported into the United States, in that the invoices, declarations and Customs entry summaries falsely and fraudulently represented that the merchandise was grouper, bass or channa when in fact

the merchandise being imported was sutchi catfish (swai) or other species of fish, but not grouper, channa or bass, in violation of Title 18, United States Code, Section 542.

(c)    To knowingly make and submit false records, accounts, and labels for and false identifications of, fish that had been and were intended to be transported in interstate or foreign commerce and imported into the U.S. or exported from the U.S., in violation of Title 16, United States Code, Sections 3372(d)(1) and 3373(d)(3)(A)(i).

(d)    To knowingly engage in conduct involving the sale and/or purchase, offer of sale and/or purchase and intent to sell and/or purchase fish with a market value greater than $350, and knowingly make or submit any false record, account, or label for, or any false identification of, such fish that has been or was intended to be transported in interstate commerce, in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(A)(ii).

### G.  Manner and Means of the Conspiracy

a.    It was part of this conspiracy that the defendants **PSI, PTI, DANNY D. NGUYEN, AFIEX, BUU HUY, a/k/a HUY BUU, MEKONGFISH, CAFATEX, COSEAFEX** and others known and unknown to this grand jury engaged in a scheme to intentionally mislabel certain frozen catfish fillets which were imported into the U.S. from Vietnam in order to evade duties which were imposed by Commerce. **NGUYEN, PTI** and **PSI** subsequently engaged in a scheme to market the frozen catfish fillets as grouper on the American and Canadian commercial markets.

b.    In furtherance of this conspiracy, **AFIEX, BUU HUY, a/k/a HUY BUU,**

10

**MEKONGFISH**, **CAFATEX** and **COSEAFEX** fraudulently labeled frozen catfish fillets as "grouper," "channa," "snakehead" or "bass" on the invoice, packing list, transportation entry and manifest, and/or certificate of origin which accompanied the product which was imported. The customs broker, in reliance on the information contained in these shipping documents, would generate an entry summary and would determine the tariff and duties which were due and payable on the imported product to the United States.

    c.    In furtherance of this conspiracy, **PSI, PTI** and **DANNY D. NGUYEN** designed cartons in which the frozen catfish fillets were to be shipped, creating labels which represented that the contents of the cartons contained grouper, channa or bass.

    d.    In furtherance of this conspiracy, **AFIEX, BUU HUY, a/k/a HUY BUU, MEKONGFISH, CAFATEX** and **COSEAFEX** packaged frozen catfish fillets in the cartons designed by **PSI, PTI** and **DANNY D. NGUYEN** so as to fraudulently conceal the true contents of the cartons.

    e.    In furtherance of this conspiracy, **PSI, PTI** and **DANNY D. NGUYEN** marketed the frozen catfish fillets in the United States and Canada as grouper after its entry into the United States.

    f.    In furtherance of this conspiracy, **DANNY D. NGUYEN, PSI** and **PTI** deposited the proceeds of the sales of the sutchi catfish (swai) labeled as grouper, channa or bass into bank accounts owned by or under the control of **PSI** and **PTI** and subsequently paid **AFIEX, CAFATEX, MEKONGFISH** and **COSEAFEX** by way of

11

international wire transfer for the falsely and fraudulently labeled sutchi catfish (swai) from the proceeds of the commercial sales.

### H. Overt Acts

In furtherance of the conspiracy and to effect the objects thereof, there was committed and caused to be committed by at least one of the co-conspirators herein, within the Northern District of Florida and elsewhere, the following overt acts, among others.

1.      On or about May 21, 2002, **DANNY D. NGUYEN** and **PSI** received an e-mail from a sales representative of a seafood supplier located in Vietnam, which stated in part: "Swai iwp: after checking some matters concerning, I see that I can manage to put the name of catfish as grouper on cartons instead of swai or basa,…. It is quite difficult at my side, however I can now do. As checked, some importers already carry out this. Details below:

+Price (10% glazing): 1.52usd/lb, C&F Los Angeless (sic), first grade. This price is current price that processor sell to US under the name of grouper (because if required name grouper, the size of fish must be a little bit larger that (sic) usual size, while for the time being small sizes is abundant)."

2.      On or about May 22, 2002, **PSI** and **DANNY D. NGUYEN** received an e-mail from a seafood representative of a seafood supplier located in Vietnam which stated in part: "Thank you for your acceptance of our suggestion. However, be informed a/f:

1. Size of swai (grouper)  The available sizes that packers can process:

6-8: approx 60% = 18,000 lbs/8-10 approx 30% = 9,000 lbs/8-12 max 10% = 3,000

lbs"....

"4. Other fish under the name of Grouper"

"Dear Danny, I see that you found exactly the tendency of market."  "I have known that

there is other fish also bearing the grouper sent to US.  Do you Snake Head fish, that is

fresh water fish, Vietnamese name is CA LOC.  Do Danny know this kind of fish?"

3.      On or about June 3, 2002, **DANNY D. NGUYEN** sent an e-mail to **BUU**

**HUY, a/k/a HUY BUU,** and **AFIEX** which stated in part: "This same company is also

packing Swai (Grouper) for our company..  If you can please let us know because as of

last month we have sold 2 containers of grouper."

4.      On or about June 4, 2002, **BUU HUY, a/k/a HUY BUU,** and **AFIEX** sent

an e-mail to **DANNY D. NGUYEN** which stated in part: "We have checked with

NAFIQACEN, they can accept their certificate bearing the commercial name 'Grouper'

for Swai, but must keep the real latin name of Swai."

5.      On or about June 4, 2004, **DANNY D. NGUYEN** and **PSI** sent a letter to

**BUU HUY, a/k/a HUY BUU,** and **AFIEX** which stated in part: "Regarding Grouper

(Swai)! Label with Latin on invoice is okay but not on box.  As I know every one that

brings in grouper is only packing as Grouper Fillet.  We will need 1 container of this

grouper for this month and 2 for next month.  Please research this some more because this

is a high volume product also."

13

6.      On or about June 6, 2002, **DANNY D. NGUYEN** and **PSI** sent a letter to **BUU HUY, a/k/a HUY BUU,** and **AFIEX** which stated in part: "Container 2 Contract #12:

White Swai (Grouper)

6/8oz 8,000lbs

8/10oz 18,000lbs

10/12oz 10,000lbs"

"Packed: Fisherman's Choice 95% net Weight 4x10 IWP.  (Packed as IWP like 1st contract.  Maybe make new boxes that say Frozen Grouper Fillet Without Panhandle Seafood."

7.      On or about June 7, 2002, an employee of **AFIEX** sent **DANNY D. NGUYEN** a letter concerning "Contract 11 & White Swai (Grouper)" which stated in part: "We have checked with NAFIQACEN again and they said that it's ok to print name 'Grouper Frozen Fillet' on carton but in C/H, must mention the real Latin name of Swai. Please advise if this is acceptable to you."

8.      In June 2002, an employee of **AFIEX** sent **DANNY D. NGUYEN** an e-mail which stated in part: "Understand that you wanted to change this contract to contain bigger size with the same names as 'GROUPER' and boxes marked 'FISHERMANS CATCH.'  But, as we have explained and you also agreed, we both agreed not to change this contract.  Therefore, we have packed more than a half of the cargo of this contract in the boxes marked 'Fisherman's Choice' as previous contracts."

14

9.      On or about June 11, 2002, an employee of **AFIEX** sent an e-mail to **DANNY D. NGUYEN** in which the employee of **AFIEX** discussed renaming the fish as "GROUPER" instead of "SWAI," and replacing the word "CHOICE" with wording "CATCH" and replacing the wording "FISH FROZEN FILLET" with the wording "FROZEN GROUPER FILLET."

10.     On or about June 12, 2002, **DANNY D. NGUYEN** sent an e-mail to an employee of **AFIEX** which stated in part: "On contract #10 if possible, let just make boxes for IWP simply with no logo just Frozen Grouper fillet and No (Panhandle Seafood) on box. This way we can have boxes done and change for shipping soon. As you know we can not use Snake Head in our Fisherman's Choice boxes, because customer will send products back to us...."

11.     On or about June 12, 2002, an employee of **AFIEX** sent to **DANNY D. NGUYEN** an e-mail which stated in part: "We are very sory (sic) Mr. Danny! It's to late. As advised, we have nearly finished packing Snake Head in boxes with title as 'FROZEN FISH FILLET' and marked as 'GROUPER' and 'FISHERMAN'S CATCH LABEL.'"

12.     During June 2002, **DANNY D. NGUYEN** sent an e-mail to an employee of **AFIEX** which stated in part: "Last week we have send you an order for Swai (Grouper) for contract #12. Please confirm order of Swai (Grouper) with 90% net weight. Boxes marked Fisherman's Choice with Frozen Grouper fillet. We will be packing Swai and Fisherman Choice and Snakehead in Fisherman Catch. Please be advised boxes for contract 10 can be reuse for #12 for Swai (Grouper). Please send

15

contract!"

13.     On or about June 18, 2002, **BUU HUY, a/k/a HUY BUU,** and **AFIEX** sent a letter to **DANNY D. NGUYEN** which stated in part: "Due to the matter of large sizes, could you accept CA LOC BONG as LARGE-SIZE GROUPER?"

14.     On or about June 19, 2002, **DANNY D. NGUYEN** and **PSI** sent **BUU HUY, a/k/a HUY BUU,** and **AFIEX** a letter which stated in part: "On accepting Ca Loc as Large sizes we cannot do.  As you know we are packing 2 labels for our Grouper one is Fisherman's Choice (Swai) and the other is Frozen Grouper fillet (Ca Loc)."

15.     On or about June 19, 2002, **DANNY D. NGUYEN** and **PSI** sent a letter to **BUU HUY, a/k/a HUY BUU,** and **AFIEX** which stated in part: "Enclosed is contract 12 revised (swai-grouper).  Sory (sic) to bother you.  But, we want to make sure of one thing: Boxes for this contract.  As per your message, the boxes shall be marked as follows:

-     Logo with the wording 'FISHERMAN'S CHOICE'

-     Label on top of the boxes: 'FROZEN GROUPER FILLET'

-     On the side of the box ticked: 'GROUPER'

Because last time, we packed 'CA LOC BONG' as follows:

-     Logo with the wording 'FISHERMAN'S CATCH'

-     Label on top of the boxes: 'FROZEN FISH FILLET'

-     On the side of the boxes ticked: 'GROUPER'

16.     On June 19, 2002, **PSI** and **DANNY D. NGUYEN** entered into sales contract 12/AF-PAN/02, with **AFIEX** and **BUU HUY, a/k/a HUY BUU**.  The

16

commodity listed on the contract is "White SWAI Fillet (Grouper) IQF (Pangasius Hypophthalmus)."

17. On or about August 21, 2002, **DANNY D. NGUYEN**, **PSI**, **BUU HUY**, **a/k/a HUY BUU**, and **AFIEX** caused approximately 36,000 pounds of sutchi catfish, packed in boxes labeled as "grouper," and having a claimed value of approximately $58,320, to be imported from Vietnam to **PSI** in Panama City, Florida.

18. On or about August 21, 2002, **DANNY D. NGUYEN**, **PSI**, **BUU HUY**, **a/k/a HUY BUU**, and **AFIEX** caused **PSI**'s customs broker to be make a Customs entry summary (entry number 309-0868064-5), which falsely declared sutchi catfish (swai) as grouper.

19. On or about August 29, 2002, **DANNY D. NGUYEN**, **PSI**, **BUU HUY**, **a/k/a HUY BUU**, and **AFIEX** caused approximately 36,000 pounds of sutchi catfish (swai), packed in boxes labeled as "grouper," and having a claimed value of approximately $58,320, to be imported from Vietnam to **PSI** in Panama City, Florida.

20. On or about August 29, 2002, **DANNY D. NGUYEN**, **PSI**, **BUU HUY**, **a/k/a HUY BUU**, and **AFIEX** caused **PSI**'s customs broker to be make a Customs entry summary (entry number 309-0868073-6), which falsely declared sutchi catfish (swai) as grouper.

21. On or about September 9, 2002, **DANNY D. NGUYEN**, **PSI**, **BUU HUY**, **a/k/a HUY BUU**, and **AFIEX** caused approximately 38,800 pounds of sutchi catfish (swai), packed in boxes labeled as "grouper," and having a claimed value of

17

approximately $62,985, to be imported from Vietnam to **PSI** in Panama City, Florida.

22.    On or about September 9, 2002, **DANNY D. NGUYEN, PSI, BUU HUY, a/k/a HUY BUU,** and **AFIEX** caused **PSI**'s customs broker to be make a Customs entry summary (entry number 309-0868080-1), which falsely declared sutchi catfish (swai) as grouper.

23.    On or about January 26, 2003, **DANNY D. NGUYEN, PSI, BUU HUY, a/k/a HUY BUU,** and **AFIEX** caused approximately 36,720 pounds of sutchi catfish (swai), packed in boxes labeled as "grouper," and having a claimed value of approximately $59,486, to be imported from Vietnam to **PSI** in Panama City, Florida.

24.    On or about January 26, 2003, **DANNY D. NGUYEN, PSI, BUU HUY, a/k/a HUY BUU,** and **AFIEX** caused **PSI**'s customs broker to be make a Customs entry summary (entry number 309-0868180-9), which falsely declared sutchi catfish (swai) as grouper.

25.    On or about January 29, 2003, **BUU HUY, a/k/a HUY BUU,** and **AFIEX** sent an e-mail to **DANNY D. NGUYEN** which stated in part "Our layers advised us that we should advise our US customers to fulfill imported formalities for all the containers imported into USA within 07 days after 27/01/03 (preliminary determination in the anti-dumping duty investigation). This is done as to avoid any possible cost & fee arising out of the anti-dumping issue. Please also study & advise us 'New Name' that will enable you & us overcome the effect of anti-dumping issue."

26.    During January 2003, **BUU HUY, a/k/a HUY BUU,** and **AFIEX** sent a fax to **DANNY D. NGUYEN** concerning the Commerce Department's preliminary determination of anti-dumping investigation of frozen fish fillets from Vietnam.

27.    On or about May 29, 2003, **DANNY D. NGUYEN, PSI** and **CAFATEX** caused approximately 36,000 pounds of sutchi catfish (swai) (entry number 309-0868290-6) packed in boxes labeled as "bass," and having a claimed value of approximately $43,469, to be imported from Vietnam to Panama City, Florida.

28.    On or about May 29, 2003, **DANNY D. NGUYEN, PSI** and **CAFATEX** caused **PSI**'s customs broker to make and submit a Customs entry summary form (entry number 309-0868290-6), which falsely declared sutchi catfish (swai) as bass.

29.    On or about May 29, 2003, **DANNY D. NGUYEN, PSI** and **CAFATEX** caused approximately 36,000 pounds of sutchi catfish (swai) (entry number 309-0868293-0) packed in boxes labeled as "grouper," and having a claimed value of approximately $47,069, to be imported from Vietnam to Panama City, Florida.

30.    On or about May 29, 2003, **DANNY D. NGUYEN, PSI** and **CAFATEX** caused **PSI**'s customs broker to make and submit a Customs entry summary (entry number 309-0868293-0), which falsely declared sutchi catfish (swai) as grouper.

31.    On or about October 23, 2003, **PSI** received an e-mail "RE: BASA" which stated the following: "Please inform you again that now most of U.S. importers now continue importing Basa Fillet (both White and light yellow) are under other names; GROUPER FILLET or MUD FISH FILLET to avoid tariff AND NONE OF THEM PAY

19

FOR THE TARIFF THANK TO THESE NAMES OTHERWISE THEY CAN NOT COMPETE WITH THE MARKET…. One of your competitors is HARVEST FRESH does buy a lot per month. I therefore, propose you should consider and buy a trial container of White or Light Yellow Basa under one of the above names. However, then you change the carton when it arrives your cold storage. This is the current way done now by other U.S. importers…."

32.    On or about April 15, 2004, **DANNY D. NGUYEN** sent an e-mail to **CAFATEX** re: "grouper" which stated in part: "Also, we were inform by Mr. Kich that all products are river raise not pond. Please inform me of this situation because Mr. Hoang have inform me that products have be from Ponds."

33.    On or about August 14, 2004, **DANNY D. NGUYEN** sent an e-mail to a seafood supplier in Vietnam which stated the following:

"Dear Friend,

We are looking for the following: Please let us know if you can supply this product for us.

All products are Basa packed as follow: Channa Fillets IQF 15 lbs box White Meat

2/3      20%/3/5        30%/5/7        40%/7/9        10%

CnF Panama City, Florida! Fisherman Catch brand, 2 container per month!

Grouper Fillet IWP 10x4 lbs Fisherman Catch Brand White meat belly flap off! No Fat content on meat! CnF Panama City, Florida! 2 container per month!

Danny Nguyen"

34.    On or about October 2, 2004, **DANNY D. NGUYEN** received a reply to his August 14, 2004, e-mail which stated in part:

"Dear Mr. /Mrs. Danny Nguyen,

Good day to you!  Thank you for your email.  At present, we are pleased to send you our offer as per the following:

1). Channa Fillets IQF  (Basa: *Pangasius Hypophthalmus*) 15 lbs box, white pink meat.

2).  Grouper Fillets IQF / IWP (Basa: *Pangasius Hypophthalmus*), 10 x 4 lbs, white  pink meat, belly flap off, no fat content on meat...."

35.    On or about December 16, 2004, **DANNY D. NGUYEN**, **PSI**, **PTI** and **MEKONGFISH** caused approximately 34,400 pounds of sutchi catfish (swai) (entry number 309-0868756-6) packed in boxes labeled as "Grouper, Wild Caught," and having a claimed value of approximately $51,292, to be imported from Vietnam into the Port of Charleston, South Carolina.

36.    On or about December 16, 2004, **DANNY D. NGUYEN**, **PSI**, **PTI** and **MEKONGFISH** caused **PTI**'s customs broker to make a Customs entry summary (entry number 309-0868756-6), which falsely declared sutchi catfish (swai) as grouper.

37.    On or about December 16, 2004, **DANNY D. NGUYEN**, **PSI**, **PTI** and **MEKONGFISH** caused approximately 39,500 pounds of sutchi catfish (swai) (entry number 309-0868754-1) packed in boxes labeled as "FROZEN CHANNA FILLETS, Farm Raised," and having a claimed value of approximately $49,000, to be imported from Vietnam into the port of Charleston, South Carolina.

21

38.     On or about December 16, 2004, **DANNY D. NGUYEN**, **PSI**, **PTI** and **MEKONGFISH** caused **PTI**'s customs broker to make a Customs entry summary (entry number 309-0868754-1), which falsely declared sutchi catfish (swai) as channa or snakehead fillets.

39.     On or about December 16, 2004, **DANNY D. NGUYEN**, **PSI**, **PTI** and **COSEAFEX** caused approximately 36,000 pounds of sutchi catfish (swai) (entry number 309-0868778-0), packed in boxes labeled as "FROZEN GROUPER FILLETS, Wild Caught," and having a claimed value of approximately $61,200, to be imported from Vietnam to **PTI** in Panama City, Florida.

40.     On or about December 16, 2004, **DANNY D. NGUYEN**, **PSI**, **PTI** and **COSEAFEX** caused **PTI**'s customs broker to make a Customs entry summary (entry number 309-0868778-0), which falsely declared sutchi catfish (swai) as grouper.

41.     On or about December 22, 2004, **DANNY D. NGUYEN**, **PSI**, **PTI** and **COSEAFEX** caused approximately 36,000 pounds of sutchi catfish (swai) (entry number 309-0868785-5), packed in boxes labeled as "FROZEN GROUPER FILLETS, Wild Caught," and having a value of approximately $61,200, to be imported from Vietnam to **PTI** in Panama City, Florida.

42.     On or about December 22, 2004, **DANNY D. NGUYEN**, **PSI**, **PTI** and **COSEAFEX** caused **PTI**'s customs broker to make a Customs entry summary (entry number 309-0868785-5), which falsely declared sutchi catfish (swai) as grouper.

22

43. On or about December 22, 2004, **DANNY D. NGUYEN**, **PSI**, **PTI** and **COSEAFEX** caused approximately 36,000 pounds of sutchi catfish (swai) (entry number 309-0868780-6), packed in boxes labeled as "FROZEN GROUPER FILLETS, Wild Caught," and having a claimed value of approximately $61,200, to be imported from Vietnam to **PTI** in Panama City, Florida.

44. On or about December 22, 2004, **DANNY D. NGUYEN**, **PSI**, **PTI** and **COSEAFEX** caused **PTI**'s customs broker to make a Customs entry summary (entry number 309-0868780-6), which falsely declared sutchi catfish (swai) as grouper.

45. On or about January 6, 2005, **DANNY D. NGUYEN**, **PSI**, **PTI** and **COSEAFEX** caused approximately 36,000 pounds of sutchi catfish (swai) (entry number 309-0868804-4), packed in boxes labeled as "FROZEN GROUPER FILLETS, Wild Caught," and having a value of approximately $64,800, to be imported from Vietnam to **PTI** in Panama City, Florida.

46. On or about January 6, 2005, **DANNY D. NGUYEN**, **PSI**, **PTI** and **COSEAFEX** caused **PTI**'s customs broker to make a United States Customs Service entry summary (entry number 309-0868804-4), which falsely declared sutchi catfish (swai) as grouper.

47. On or about January 7, 2005, **DANNY D. NGUYEN**, **PSI**, **PTI** and **COSEAFEX** caused approximately 36,000 pounds of sutchi catfish (swai) (entry number 309-0868797-0), packed in boxes labeled as "FROZEN GROUPER FILLETS, Wild Caught," and having a claimed value of approximately $64,800, to be imported from

23

Vietnam to **PTI** in Panama City, Florida.

48.     On or about January 7, 2005, **DANNY D. NGUYEN, PSI, PTI** and **COSEAFEX** caused **PTI**'s customs broker to make a Customs entry summary (entry number 309-08688797-0), which falsely declared sutchi catfish (swai) as grouper.

49.     On or about January 11, 2005, **DANNY D. NGUYEN, PSI, PTI** and **COSEAFEX** caused approximately 36,000 pounds of sutchi catfish (swai) (entry number 309-0868800-2), packed in boxes labeled as "FROZEN GROUPER FILLETS, Wild Caught," and having a value of approximately $64,800, to be imported from Vietnam to **PTI** in Panama City, Florida.

50.     On or about January 11, 2005, **DANNY D. NGUYEN, PSI, PTI**  and **COSEAFEX** caused **PTI**'s customs broker to make a Customs entry summary (entry number 309-0868800-2), which falsely declared sutchi catfish (swai) as grouper.

51.     On or about March 11, 2005, **DANNY D. NGUYEN, PSI** and **PTI** caused approximately 22,980 pounds of sutchi catfish (swai), packed in boxes labeled as "FROZEN GROUPER FILLETS, Wild Caught," to be transported by truck from CCT Logistics, a commercial cold storage facility in Theodore, Alabama, to **PSI** and **PTI** in Panama City, Florida.

52.     On or about April 22, 2005, **DANNY D. NGUYEN, PSI** and **PTI** caused approximately 1,200 pounds of sutchi catfish (swai) packed in boxes labeled as "FROZEN GROUPER FILLETS, Wild Caught," to be transported by truck from Panama City, Florida, to Maximum Seafood in Ontario, Canada.

All in violation of Title 18, United States Code, Section 371.

## COUNT TWO

The allegations contained in Count One, Sections A through D, G and H of this Indictment are hereby realleged and incorporated by reference herein.

That on or about May 1, 2002, through the date of the return of this Indictment, in the Northern District of Florida and elsewhere, the defendants,

**PANHANDLE SEAFOOD, INC.,**
**PANHANDLE TRADING, INC.**
**and**
**DANNY D. NGUYEN,**

did knowingly combine, conspire, confederate, and agree with each other and with other persons to conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, that is, the international transfer of monetary instruments in the form of United States currency to one or more co-conspirators in the Socialist Republic of Vietnam from the State of Florida, which funds were in fact derived from a specified unlawful activity, that is, smuggling goods into the United States, in violation of Title 18, United States Code, Section 545, and entry of goods into the United States by means of false statements, in violation of Title 18, United States Code, Section 542, with the intent to promote the carrying on of these specified unlawful activities as charged in this Indictment, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

25

## COUNTS THREE THOUGH SIXTEEN

The allegations contained in Count One, Sections A through D, G and H of this Indictment are hereby realleged and incorporated by reference herein.

That on or about the dates listed below, in the Northern District of Florida and elsewhere, the defendants listed below did knowingly make and submit a false record, account and label for, and a false identification of sutchi catfish (swai), in that the defendants made and submitted to a customs broker a commercial invoice, and caused to be made and submitted to Customs a customs entry summary form that identified sutchi catfish (swai) as grouper, bass or channa fillets, when in truth and in fact, as the defendants then knew, said fish was sutchi catfish (swai), said fish being intended to be imported into the United States.

| COUNT | DEFENDANT | DATE | ENTRY NUMBER |
|---|---|---|---|
| 3 | DANNY D. NGUYEN<br>PSI<br>BUU HUY,<br> a/k/a HUY BUU,<br>AFIEX | 8/21/02 | 309-0868064-5 |
| 4 | DANNY D. NGUYEN<br>PSI<br>BUU HUY<br> a/k/a HUY BUU,<br>AFIEX | 8/29/02 | 309-0868073-6 |
| 5 | DANNY D. NGUYEN<br>PSI<br>BUU HUY<br> a/k/a HUY BUU<br>AFIEX | 9/09/02 | 309-0868080-1 |

26

| COUNT | DEFENDANT | DATE | ENTRY NUMBER |
|---|---|---|---|
| 6 | DANNY D. NGUYEN<br>PSI<br>BUU HUY<br>  a/k/a HUY BUU<br>AFIEX | 1/26/03 | 309-0868180-9 |
| 7 | DANNY D. NGUYEN<br>PSI<br>CAFATEX | 5/29/03 | 309-0868290-6 |
| 8 | DANNY D. NGUYEN<br>PSI<br>CAFATEX | 5/29/03 | 309-0868293-0 |
| 9 | DANNY D. NGUYEN<br>PTI<br>PSI<br>MEKONGFISH | 12/16/04 | 309-0868756-6 |
| 10 | DANNY D. NGUYEN<br>PTI<br>PSI<br>MEKONGFISH | 12/16/04 | 309-0868754-1 |
| 11 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 12/16/04 | 309-0868778-0 |
| 12 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 12/22/04 | 309-0868785-5 |
| 13 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 12/22/04 | 309-0868780-6 |

| COUNT | DEFENDANT | DATE | ENTRY NUMBER |
|-------|-----------|------|--------------|
| 14 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 1/06/05 | 309-0868804-4 |
| 15 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 1/07/05 | 309-0868797-0 |
| 16 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 1/11/05 | 309-0868800-2 |

All in violation of Title 16, United States Code, Sections 3372(d)(1) and

3373(d)(3)(A)(i) and Title 18, United States Code, Section 2.

## COUNT SEVENTEEN

The allegations contained in Count One, Sections A through D, G and H of this

Indictment are hereby realleged and incorporated by reference herein.

That on or about March 11, 2005, in the Northern District of Florida and

elsewhere, defendants,

### DANNY D. NGUYEN
### and
### PANHANDLE SEAFOOD, INC.,

did knowingly engage in an offense that involved the commission of an act with intent to

sell and purchase fish with a market value greater than $350, that is, approximately

22,980 pounds of sutchi catfish (swai), and did make and submit a false record, account,

and label for, and false identification thereof, in that the defendants caused said fish to be packed in boxes labeled as "FROZEN GROUPER FILLETS, Wild Caught," when in truth and in fact, as the defendants then knew, said fish was sutchi catfish (swai), said fish being intended to be transported in interstate commerce, that is, from Theodore, Alabama, to Panama City, Florida.

All in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(A)(ii) and Title 18, United States Code, Section 2.

### COUNT EIGHTEEN

The allegations contained in Count One, Sections A through D, G and H of this Indictment are hereby realleged and incorporated by reference herein.

That on or about April 22, 2005, in the Northern District of Florida and elsewhere, the defendants,

### DANNY D. NGUYEN
### and
### PANHANDLE SEAFOOD, INC.,

did knowingly make and submit a false record, account, and label for, and false identification of fish, that is, approximately 1,200 pounds of sutchi catfish (swai), in that defendants caused said fish to be packed in boxes, labeled as "FROZEN GROUPER FILLETS, Wild Caught," when in truth and in fact, as defendants then knew, said fish was sutchi catfish (swai), said fish having been exported to Canada.

All in violation of Title 16, United States Code, Sections 3372(d)(2) and 3373(d)(3)(A)(ii) and Title 18, United States Code, Section 2.

29

## COUNTS NINETEEN THROUGH THIRTY-TWO

The allegations contained in Count One, Sections A through D, G and H of this Indictment are hereby realleged and incorporated by reference herein.

That on or about the dates specified below, in the Northern District of Florida and elsewhere, the defendants did knowingly and willfully enter and introduce, and attempt to enter and introduce, into the commerce of the United States, imported merchandise, that is, sutchi catfish, by means of false statements and by means of false and fraudulent invoices, declarations, affidavits and certain other papers, that is, Customs entry summaries, said statements, invoices, declarations, affidavits and summaries being hereinafter described by "Entry Number" and "Date of Entry," which said documents the defendants knew and did reasonably believe were false and fraudulent in that they did not truthfully identify the merchandise which was being imported into the United States, in that the invoices, declarations and Customs entry summaries falsely and fraudulently represented that the merchandise was grouper, bass or channa, when in fact the merchandise being imported was sutchi catfish (swai) or another fish species.

| COUNT | DEFENDANTS | DATE | ENTRY NUMBER |
|-------|-----------|------|--------------|
| 19 | DANNY D. NGUYEN<br>PSI<br>BUU HUY<br> a/k/a HUY BUU<br>AFIEX | 8/21/02 | 309-0868064-5 |

30

| COUNT | DEFENDANT | DATE | ENTRY NUMBER |
|-------|-----------|------|--------------|
| 20 | DANNY D. NGUYEN<br>PSI<br>BUU HUY<br> a/k/a HUY BUU<br>AFIEX | 8/29/02 | 309-0868073-6 |
| 21 | DANNY D. NGUYEN<br>PSI<br>BUU HUY<br> a/k/a HUY BUU<br>AFIEX | 9/09/02 | 309-0868080-1 |
| 22 | DANNY D. NGUYEN<br>PSI<br>BUU HUY<br> a/k/a HUY BUU<br>AFIEX | 1/26/03 | 309-0868180-9 |
| 23 | DANNY D. NGUYEN<br>PSI<br>CAFATEX | 5/29/03 | 309-0868290-6 |
| 24 | DANNY D. NGUYEN<br>PSI<br>CAFATEX | 5/29/03 | 309-0868293-0 |
| 25 | DANNY D. NGUYEN<br>PTI<br>PSI<br>MEKONGFISH | 12/16/04 | 309-0868756-6 |
| 26 | DANNY D. NGUYEN<br>PTI<br>PSI<br>MEKONGFISH | 12/16/04 | 309-0868754-1 |
| 27 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 12/16/04 | 309-0868778-0 |

31

| COUNT | DEFENDANT | DATE | ENTRY NUMBER |
|-------|-----------|------|--------------|
| 28 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 12/22/04 | 309-0868785-5 |
| 29 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 12/22/04 | 309-0868780-6 |
| 30 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 1/06/05 | 309-0868804-4 |
| 31 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 1/07/05 | 309-0868797-0 |
| 32 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 1/11/05 | 309-0868800-2 |

All in violation of Title 18, United States Code, Sections 542 and 2.

### COUNTS THIRTY-THREE THROUGH FORTY-TWO

The allegations contained in Count One, Sections A through D, G and H of this Indictment are hereby realleged and incorporated by reference herein.

That on or about the dates specified below, in the Northern District of Florida and elsewhere, the defendants did knowingly and willfully smuggle and clandestinely introduce, and attempt to smuggle and clandestinely introduce, into the United States merchandise, that is, sutchi catfish, aka swai, aka *pangasius hypophthalamus,* and other

32

species of catfish, that should have been invoiced as required under customs laws and regulations, with the intent to defraud the United States, specifically with the intent to avoid paying anti-dumping duties required for said catfish pursuant to the anti-dumping order in case number A-552-801, and did pass and attempt to pass through the customhouse false invoices and documents, including bills of lading, certificates of origin, and Customs entry summaries declaring the merchandise to be grouper, bass or channa, when in truth and in fact the merchandise was catfish.

| COUNT | DEFENDANTS | DATE | ENTRY NUMBER |
|-------|-----------|------|--------------|
| 33 | DANNY D. NGUYEN<br>PSI<br>CAFATEX | 5/29/03 | 309-0868290-6 |
| 34 | DANNY D. NGUYEN<br>PSI<br>CAFATEX | 5/29/03 | 309-0868293-0 |
| 35 | DANNY D. NGUYEN<br>PTI<br>PSI<br>MEKONGFISH | 12/16/04 | 309-0868756-6 |
| 36 | DANNY D. NGUYEN<br>PTI<br>PSI<br>MEKONGFISH | 12/16/04 | 309-0868754-1 |
| 37 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 12/16/04 | 309-0868778-0 |

| COUNT | DEFENDANT | DATE | ENTRY NUMBER |
|-------|-----------|------|--------------|
| 38 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 12/22/04 | 309-0868785-5 |
| 39 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 12/22/04 | 309-0868780-6 |
| 40 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 1/06/05 | 309-0868804-4 |
| 41 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 1/07/05 | 309-0868797-0 |
| 42 | DANNY D. NGUYEN<br>PTI<br>PSI<br>COSEAFEX | 1/11/05 | 309-0868800-2 |

All in violation of Title 18, United States Code, Sections 545 and 2.

## CRIMINAL FORFEITURE

The allegations contained in Count One, Sections A through D, G and H, and Counts Two through Forty-Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures to the United States pursuant to the provisions of Title 18, United States Code, Sections 545, 981(a), 982(a), Title 28, United States Code, Section 2461(C) and Title 16, United States Code, Section 3374(a).

Upon conviction of the violations alleged in Counts Two through Forty-Two of

34

this Indictment, and pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1), (a)(2)(B) and (b)(1); Title 28, United States Code, Section 2461(C); Title 16, United States Code, Section 3374(a), the defendants,

**PANHANDLE SEAFOOD, INC.,**
**PANHANDLE TRADING, INC.**
**and**
**DANNY D. NGUYEN,**

shall forfeit to the United States any and all of the fish identified in Counts One through Forty-Two, that is, at least 800,000 pounds of sutchi catfish (swai) (*pangasius hypophthalmus*), as a result of the defendants conspiring to violate Title 18, United States Code, Sections 542 and 545 (Count One), and the defendants violations of Title 18, United States Code, Sections 1956(h) (Count Two), 542 (Counts Nineteen through Thirty-Two) and 545 (Counts Thirty-Three through Forty-Two), and their violations of the Lacey Act, Title 16, United States Code, Sections 3372(d) and 3373(d)(3)(A) (Counts Three through Eighteen). The defendants further shall forfeit to the United States any property, real or personal, involved in such offenses, or any property traceable to such property (as a result of their conspiring to violate Title 18, United States Code, Section 1956) and any property constituting, or derived from, proceeds the defendants obtained directly or indirectly as a result of their violations of Title 18, United States Code, Sections 542 and 545, to include the following property:

a.      2203 Andrews Road, Lynn Haven, FL 32444, further described as: Lot 23, according to the Plat of Mowat Highlands, Phase VII, as recorded in Plat Book 16, Page 82, in the Office of the Clerk of the Circuit Court of Bay County, Florida.

35

b.      3014 East 1st Court, Panama City, FL  32401, further described as:
Lots Number One (1) and Two (2), in Block Number One (1), Less and Except
Sixty 60 feet off the East side of each Lot; Lots 3 through 9, inclusive, Block 1,
according to the plat of North Mooretown, as on file in the Office of the Clerk of
the Circuit Court, Bay County, Florida; and
Lots One (1) and Two (2) in Block fourteen (14), according to the Plat of North
Mooretown, as on file in the Office of the Clerk of the Circuit Court of Bay
County Florida.
All of the aforesaid property together with a portion of Olive Street bordered by
Lots 1 through 4 of Block 1, and Lots 1 and 2 of Block 14, of the North
Mooretown Plat as recorded in Office of the Clerk of Circuit Court, Bay County,
Florida, and all of that certain 20.0 foot alley parallel to First Court running East
and West bordered by Lot 3 and Lots 4 through 9 of Block 1 of the North
Mooretown Plat as recorded in the Public Records of Bay County, Florida, as
vacated by the City of Panama City under City Ordinance #1231, dated April 23,
1985.

c.      One 1994 Mitsubishi Fuso, Model FK457 truck bearing vehicle
identification number JW6DNK1E0RL000407.

If any of the property described above as being subject to forfeiture pursuant to

Counts One and Two, and Counts Nineteen through Forty-Two, as a result of any act or

omission of the defendants:

A.      cannot be located upon the exercise of due diligence;

B.      has been transferred or sold to, or deposited with, a third person;

C.      has been placed beyond the jurisdiction of this Court;

D.      has been substantially diminished in value; or

E.      has been co-mingled with other property which cannot be subdivided

without difficulty;

the United States shall be entitled to forfeiture of substitute property up to the value of the

sutchi catfish (swai) and the real property under the provisions of Title 21, United States

36

Code, Section 853(p), which is incorporated by reference in Title 18, United States Code,

Sections 981(a)(1)(c), 982(a)(2)(B), 982(b)(1) and Title 28, United States Code, Section

2461(C).

All in violation of Title 18, United States Code, Section 982(a).

A TRUE BILL:

Redacted
_____
FOREPERSON

_____1/18/2006_____
DATE

_____
GREGORY R. MILLER
United States Attorney

_____
STEPHEN P. PREISSER
Assistant United States Attorney

_____
MARY DEE CARRAWAY
Trial Attorney
United States Department of Justice

37